

THE OFFICE OF THE ATTORNEY GENERAL OF TEXAS

April 25, 2024

**Via E-File**

Hon. George C. Hanks, Jr.
United States District Court
Southern District of Texas
515 Rusk Street, Room 6202
Houston, TX 77002

Re: *Antel Clark v. City of Pasadena, Pasadena Police Department, Arbors at Town Square, and Rent Recovery Solutions,* Case No. 4-23-cv-04050

Dear Judge Hanks:

The undersigned attorney represents that the Office of the Texas Attorney General ("OAG") and the Plaintiff conferred via a telephone conference on April 25, 2024, pursuant to Procedural Rule 6B. The parties did not come to any agreements or mutual understandings related to the case or the OAG's Motion to Dismiss.

Respectfully,

*/s/Sherlyn Harper*

Sherlyn Harper
Assistant Attorney General
Office of the Texas Attorney General

Cc: All Counsel of Record via ECF
Antel Clark via email (ironflexx1@yahoo.com)