United States Courts
Southern District of Texas
F I L E D

DEC 3 0 2025

Nathan Ochsner, Clerk of Court

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT JUDGEMENT**

4:23-CV-04050

Plaintiff asks the court clerk to enter a default judgement against defendant, Office of Attorney General, as authorized by Federal Rule of Civil Procedure 55 {See "Request to clerk for default judgement, **O' connor's Federal Rules *Civil Trials, ch. 7-A 5 (2025 ed).**}

### A. INTRODUCTION

1. Plaintiff is {Antel Cordell CLARK}; defendant is {Office of Attorney General}, (The State).

2. On January 24, 2024 (docket # 29), Plaintiff filed an "Amended Complaint" adding Office of Attorney General ("the State"), to his lawsuit "Original Complaint" ("the Complaint"), filed 10/20/2023. The basis of the suit **Cause: 42:1983 Civil Rights Act, Nature Of Suit 440 Civil Rights, Jurisdiction: Federal Question. Plaintiff requested Jury Trial on the top of his Original Complaint (the Complaint).**

3. On January 24, 2024 Plaintiff amended his Complaint with the lower trial court **"City of Pasadena" to modify his Original Complaint, and added the Office of Attorney General (the State). Defendant were served with a summons and a copy of plaintiff's complaint by "ECF" court processor with the lower trial court, and certified mail return receipt, to in good faith serve (notice). Plaintiff Forma Pauperis was granted on 10/19/2023 (docket # 1). Plaintiff is indigent. Hiring a processor would cause hardship to him.**

4. On 2/26/2024 docket #40, 41, the court clerk entered a default against defendant. see docket.

5. Plaintiff now ask the clerk to enter a default judgement.

**On February 26, 2024, Plaintiff filed with the lower trial court a "Motion for Entry of Default. Entered 2/26/2024. (docket #40. Return of Service Executed as to Office of Attorney General on 1/25/2024 re: Summons/ Amended Complaint, filed Entered 2/26/2024.**

PLAINTIFF'S REQUEST FOR ENTRY
OF DEFAULT JUDGEMENT

Defendant failed to respond to appear to court to defend until 2/29/2024 docket #42 "Motion to dismiss by Attorney General of Texas.

On 3/1/2024 docket #43 Attorney General filed an amended Motion to Dismiss.

On 4/25/2024 docket #48 the lower trial court issued a **"Order" Striking Document re: 43 Motion to Dismiss filed by Attorney General of Texas.**

**The motion does not comply with the courts procedures section 6 (B), regarding pre-motion conferences required for particular motions.**

**On 5/1/2024** docket #50 the court issued an Order "Denying #40 Plaintiff Motion for entry of Default.

The Plaintiff was deprived of his due process rights for a hearing for Default judgement before denying it.

On 5/8/2024 #52 the court issued an Order Withdrawing 50 denying Plaintiff's Motion for Entry of Default.

On 5/8/ 2024 #52 according to the docket the court issued a Revised Order Denying Plaintiff Entry of Default Judgement.

On 12/4/2025 docket #77 Plaintiff filed "Amended Motion for Default Judgement re #40 Motion for Entry of default Motion docket date 12/29/2025.**Opposition to a Magistrate Judge Exhibit A dated and filed November 1, 2023.**

**Office of Attorney general acknowledged in their Brief filed in the Court of Appeals, that the Magistrate Judge denied Plaintiff Entry of Default/Default judgement on March 6,2024 conference hearing and again on 9/30/2024 as All Pending Motions is denied as Moot.**

B. Argument

**Plaintiff did not consent to a Magistrate Judge. see exhibit document filed with "Amended Motion to Dismiss dated 12/4/2025 docket #77.**

OAG filed a document with the lower trial court on 3/7/2024 "Defendant OAG Response And Opposition to Plaintiff's Motion For Entry of Default And For Default Judgement/Hearing"1 see footnote OAG stated because of Rule 4 (c) 2 requires service of process by someone "not a party" OAG was thus under no

PLAINTIFF'S REQUEST FOR ENTRY
OF DEFAULT JUDGEMENT

duty to respond.A rule 12B requires a party to either file a Answer or depository "Motion to Dismiss within the time allowed.

Plaintiff argues Tex R Civ P 106 (A and B) states :courts may permit persons other than the aforementioned county officials to serve process in certain circumstances unless the citation or court order otherwise directs, the citation must be served by(2) Mailing to the defendant by registered certified mail return receipt, requested, a copy of the petition. As stated before Plaintiff properly served OAG by filing ECF process at the lower trial court and by certified mail. Plaintiff received no Order from the Court.

The default Judgement remedy setrves as a protection. A workable system of Justice requites that litigants not be free to appear at their pleasure.

In re Rains,946 F.2d 731,732-33 (10 cir)1991) quoting Cessna Fin. Corp v Bielenberg Masonry Contracting INC 715 f.2d,1442. 1444-45 (10 cir 1983).

**6. The clerk can enter a default judgement when (1) the defendant defaulted for failure to appear, (2) the defendant is not a minor, an incompetent person,**

Defendant Office of Attorney General did not file a responsive pleading or otherwise defend the suit within 21 days after 12/4/2025, the date of service. Fed.R. Civ. P. 12(a)(1)(A)(i); see Fed. R.Civ. P. 55(a){see Deadlines, **O'Connor's Federal Rules *Civil Trials, ch 7-A 52.2.2 (2025 ed.).}**

Plaintiff meets the procedural requirements for obtaining a default judgement from the clerk as demonstrated by Antel Cordell Sworn affidavit, attached as Exhibit A **O'Connor's Federal Rules *Civil Trials, ch &-A 5.3 (2025 ed)**

{Caption- Form 1B:1}

**Order ON Plaintiff's Request For Entry OF Default Judgement**

**After considering Plaintiff Antel cordell Clark request for Entry OF Default Judgement against defendant Office of Attorney General, proof of service, the affidavits, and other evidence on file, the clerk**

PLAINTIFF'S REQUEST FOR ENTRY
OF DEFAULT JUDGEMENT

Finds that the record supports default judgement. Therefore, the clerk Orders entry of default judgement against defendant, Office of Attorney General, in the amount of Four.Three million dollars. (4.3 million dollars) specified in his Original and Amended Complaints.

Signed on_____,20

_____
Clerk, U.S District Court

APPROVED & ENTRY REQUESTED

_____